**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Charles Chaves v. The State of Texas

Appellate case number:    01-19-00524-CR

Trial court case number:  1571654

Trial court:               185th District Court of Harris County

      Appellant, Charles Chaves, has filed a fourth motion for extension of time in which to file his brief. Appellant's motion is **granted.** Appellant's brief is due May 6, 2020.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                               Acting individually

Date: _April 9, 2020_